## PROMISSORY NOTE

$21,000                                                                                             Greenwich, New York
                                                                                                             April 26, 2022

For value received, the undersigned JEFFREY SCOTT DAVIDSON, an individual with an address of 76 Joe Bean Road, Greenwich, NY 12866 (the "Borrower") promises to pay to the order of JOHN B. CARNETT IV, an individual with an address of 95 Salem Street, Greenwich, NY 12834 (the "Lender" or "Holder") Twenty-One Thousand DOLLARS ($21,000) (the "Debt") with interest thereon at Sixteen Percent (16 %) per annum, compounded daily and payable as follows:

The full amount of unpaid principal and interest ($21,840), along with any other charges imposed by this Promissory Note become due and payable on July 26, 2022

There will be no prepayment penalty. Based on a loan period of 91 days, the interest per day is $9.23.

Interest is computed on a year of 365 days. Interest on the unpaid balance will continue to accrue at that rate until the principal is paid in full.

The Borrower waives any notice or demand for payment and further agrees that if Borrower fails to make any payment of principal or interest within thirty (30) days of the due date, the Borrower will be in default.

Payment of this Note is unsecured.

It is hereby agreed that the holder hereof may declare this note and all other present or future obligations, whether created directly or acquired by assignment and whether absolute or contingent, of the undersigned or any party liable herefor to the holder hereof to be due and payable immediately, without demand or notice upon default by the Borrower: upon default in the payment of any installment of principal or of interest when due, or if the undersigned or any party liable herefor becomes insolvent, makes a general assignment for the benefit of creditors, files a voluntary petition in bankruptcy, in any manner takes advantage or attempts to take advantage of any provisions for the relief of debtors under any laws relating to bankruptcy now existing or hereafter enacted by Congress or the Legislature of any State, or has a petition in bankruptcy filed against him; if an application for receivership of any nature is filed or a receiver is appointed of any property or assets of the undersigned or any party liable herefor; or if a notice of tax lien is filed against any property of the undersigned or any party liable herefor.

Upon an Event of Default and the continuance of same after all applicable grace or cure periods, without any further action on the part of the Lender, interest will thereafter accrue on the unpaid principal balance at a Default Rate equal to the lessor of twenty-four percent (24%) per annum or the maximum rate of interest as set forth in Section 14-a of the Banking Law of the State of New York, if applicable, until all outstanding principal, interest and fees are repaid in full by the Borrower.

Unless otherwise provided in any mortgage or other agreement, now or hereafter in effect, pursuant to which payment of the indebtedness hereby represented is secured, the undersigned further agrees to pay all costs and expenses incurred by the holder in collecting or attempting to collect this note,

EXHIBIT "A"

including without limitation, if the holder retains counsel for such purpose, reasonable attorney's fees, plus court costs. The undersigned, if more than one, shall be jointly and severally liable hereunder.

_____
Jeffrey Scott Davidson

**STATE OF NEW YORK**           )
                                )
**COUNTY OF WASHINGTON**   ) ss.:

On this 26th day of April in the year 2022 before me, the undersigned, personally appeared **Jeffrey Scott Davidson** personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual or the person upon behalf of which the individual acted, executed the instrument, and that such individual made such appearance before the undersigned.

_____
Notary Public

Andrew C. Kelly
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02KE6059670
Notary Public, State of New York
Commission Expires        June 4, 20 23

EXHIBIT "A"