# EXHIBIT "B"

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF WASHINGTON

|  |  |
|---|---|
| ──────x | **SUMMONS** |
| **JOHN B. CARNETT IV**, |  |
|  | **Index Number** |
| Plaintiff, |  |
| - against- | ──────────── |
| **JEFFREY SCOTT DAVIDSON**, | **Date Index Number Purchased** |
|  | October 31, 2023 |
| Defendant. |  |
| ──────x |  |

To the Person Named as Defendant above:

PLEASE TAKE NOTICE THAT YOU ARE SUMMONED to answer the complaint of the plaintiff herein and to serve a copy of your answer on the plaintiff at the address indicated below within 20 days after service of this Summons (not counting the day of service itself), or within 30 days after service is complete if the Summons is not delivered personally to you within the State of New York.

YOU ARE HEREBY NOTIFIED THAT should you fail to answer, a judgment will be entered against you by default for the relief demanded in the complaint.

Dated: October 31, 2023

────────────────
**JOHN B. CARNETT IV**

**95 Salem Street**

**Greenwich, NY 12834**

**Telephone 215-834-0365**

Defendant    **JEFFREY SCOTT DAVIDSON**

**76 Joe Bean Road**

**Greenwich, NY 12866**

**Telephone 518-522-1545**

# EXHIBIT "B"

FILED: WASHINGTON COUNTY CLERK 10/31/2023 10:30 AM
NYSCEF DOC. NO. 1

Case 23-11130-1-pgr    Doc 32-2    Filed 02/21/24    Entered 02/21/24 14:23:36    Desc
Exhibit B    Page 2 of 6

INDEX NO. EC2023-36149
RECEIVED NYSCEF: 10/31/2023

**EXHIBIT "B"**

<u>Venue</u>:

 Plaintiff designates Washington County, New York as the place of trial. The basis of this delegation is:

  Plaintiff's residence in Washington County

  Defendant's residence in Washington County

  Other [**See CPLR Article 5**]: _____

**EXHIBIT "B"**

# EXHIBIT "B"

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF WASHINGTON
-------------------------------------------------------------------------x
**JOHN B. CARNETT IV,**

                                 Plaintiff,                **Index No.**

            - against-                              **COMPLAINT**

**JEFFREY SCOTT DAVIDSON**

                                 Defendant.
-------------------------------------------------------------------------x

TO THE SUPREME COURT OF THE STATE OF NEW YORK

    The complaint of the plaintiff, John B. Carnett IV, respectfully shows and alleges as follows:

    1. The plaintiff herein, John B. Carnett IV, is a resident of the State of New York. Mr. Carnett resides at 95 Salem Street Greenwich, NY 12834.

    2. The defendant herein, Jeffrey Scott Davidson, is a resident of the State of New York. Mr. Davidson resides at 76 Joe Bean Road Greenwich, NY 12866.

    3. Defendant Davidson desired to borrow money from the plaintiff. The plaintiff and defendant discussed the defendant's needs for a short term personal loan.

    4. On April 26, 2022, plaintiff and defendant entered into a written loan agreement (PROMISSORY NOTE). Pursuant thereto, plaintiff delivered to defendant a check for $19,160, which defendant cashed and plaintiff delivered a check to Andrew C. Kelly, Esq. for $1,000 to pay for the defendants legal documents. Defendant agreed to pay plaintiff the sum of $21,840 in principal and interest for a loan term of NINETY ONE DAYS . Defendant was obligated to make full payment of $21,840 to the plaintiff on or before July 26, 2022.

**EXHIBIT "B"**

FILED: WASHINGTON COUNTY CLERK 10/31/2023 10:30 AM
NYSCEF DOC. NO. 1
INDEX NO. EC2023-36149
RECEIVED NYSCEF: 10/31/2023

Case 23-11130-1-pgr    Doc 32-2    Filed 02/21/24    Entered 02/21/24 14:23:36    Desc
Exhibit B    Page 4 of 6

**EXHIBIT "B"**

5. Defendant failed to pay the Promissory Note when due on July 26, 2022. The plaintiff advised the defendant that the loan was past due. The defendant advised the plaintiff that he understood that he was late and that additional interest would be due.

6. Plaintiff made multi phone calls and text messages to express to the defendant that he was in default, how important it was to pay the full monies due-  but received no firm payment response from the defendant.

7. On August 11, 2022 the defendant made a partial payment of $5,000 to the plaintiff- At the time of the $5,000 payment $81.77 in additional interest had accrued. With the partial payment of $5,000 made by the defendant on August 11, 2022 the unpaid principal and interest still owed to the plaintiff was now $16,921.77

8. On March 8, 2023 the plaintiff sent a Promissory Note Status Report to the defendant advising the defendant that the loan was 225 days PAST DUE and in DEFAULT. Plaintiff advised the defendant that an additional $1,550 in interest had been added to the loan balance bringing the balance due on March 8, 2023 to $18,471.77

9. On April 28, 2023 the plaintiff sent a Promissory Note Status Report to the defendant advising the defendant that the loan was PAST DUE and remained in DEFAULT. Plaintiff advised the defendant that the loan balance with current interest due was now $18,849.17

10. On May 4, 2023 the principal and interest loan balance was $18,856.57 the defendant made a $1,000 payment to the plaintiff - This made the loan balance due $17,856.57

**EXHIBIT "B"**

FILED: WASHINGTON COUNTY CLERK 10/31/2023 10:30 AM
NYSCEF DOC. NO. 1
INDEX NO. EC2023-36149
RECEIVED NYSCEF: 10/31/2023

Case 23-11130-1-pgr   Doc 32-2   Filed 02/21/24   Entered 02/21/24 14:23:36   Desc
Exhibit B   Page 5 of 6

## EXHIBIT "B"

11. On May 14, 2023 the plaintiff sent a Promissory Note Status / Amortization Schedule to the defendant after the defendant told the plaintiff that he was prepared to finally pay down the loan balance. The defendant only made three payments to the plaintiff: a $2,250 payment on 05/15/2023, a $2,250 payment 06/03/2023 and a $2,250 payment on 06/16/2023

12. The defendant failed to make the promised payment of $2,250 that was due on 06/26/2023. The defendant failed to make any more payments and ignored requests from the plaintiff to address the outstanding loan balance. The defendant had a loan balance on June 26, 2023 of $11,106.57 and continued to be in default

13. On September 13, 2023 the defendant's father John Davidson sent an e-mail to the plaintiff indicating that he would be sending a cashier check for $5,800 to the plaintiff by September 30, 2023. John Davidson's check never arrived to the plaintiff. The plaintiff made several attempts to reach John Davidson via e-mail and text with no response from Mr. Davidson.

14. On October 4, 2023 the plaintiff sent the defendant a Notice of Intent to Sue and gave the defendant until October 20, 2023 to resolve the debt -If the defendant did not resolve the debt by October 20, 2023 the plaintiff would instigate legal proceedings. The defendant continued to ignore the plaintiff and made no payment

15. By reason of the facts and circumstances stated above, defendant has breached the contract

FILED: WASHINGTON COUNTY CLERK 10/31/2023 10:30 AM
NYSCEF DOC. NO. 1
INDEX NO. EC2023-36149
RECEIVED NYSCEF: 10/31/2023

Case 23-11130-1-pgr    Doc 32-2    Filed 02/21/24    Entered 02/21/24 14:23:36    Desc
Exhibit B    Page 6 of 6

**EXHIBIT "B"**

16. By reason of the facts and circumstances stated above, plaintiff has been damaged by defendant in the sum of $12,021.49

WHEREFORE, plaintiff demands judgment against defendant in the sum of $12,021.49, plus interest from October 20, 2023, all legal costs and disbursements, together with any other relief the Court finds to be just and proper.

Dated: October 31, 2023

_/s/ John B. Carnett IV_

    JOHN B. CARNETT IV
    PLAINTIFF
    95 Salem Street
    Greenwich, NY 12834
    Telephone 215-834-0365

**EXHIBIT "B"**