**EXHIBIT "C"**

From: **John Carnett** <carnett@reclaimcraft.com>
Date: Mon, Nov 13, 2023 at 6:12 PM
Subject: Davidson Loan Status- Lawsuit & Adversary Proceeding
To: jeff davidson <upstaterockjeff@gmail.com>, John Davidson<Poppydavidson04@gmail.com>, <Lola_Davidson@us.aflac.com>, <dpwforeman@castletonvt.org>

ALL:

Lola I wanted to bring you in at this time because for a very long time I have been quiet- I'm tired of being walked all over and will now share my story with everyone I can-

Today we received a letter showing that Jeffery filed for Chapter 7 Bankruptcy

The Carnett's made a personal loan to Jeffrey on April 22, 2022 / To Date Jeffrey has refused all efforts by the Carnett's to collect on the monies that Jeffrey owes-

While John & Terri Davidson told me on the telephone that the "DAVIDSON'S would HONOR the loan that the Carnett's made to Jeff" -Sadly, they never did (see attached)

PRIOR to Jeffrey filing his Chapter 7 Bankruptcy on November 3, 2023 we notified Jeffrey that we would file a Lawsuit-

On October 31, 2023 we filed our New York Supreme Court Case against Jeffrey (attached) this Lawsuit was filed PRIOR to Jeffrey filing his Chapter 7 Bankruptcy

Then "conveniently" Jeffrey files for Chapter 7-

We will now now file an Adversary Proceeding Complaint with the Bankruptcy Court

Understand that the costs associated with all our efforts to collect the monies that Jeffrey owes will continue to accumulate -

We look forward to filing our Summons and Adversary Proceeding- We look forward to the Summons being delivered by a process server

We look forward to relief from the Court-

Lola- Let this be a lesson- NEVER LOAN MONEY to friends- They will not pay you back- Force you to sue them- Declare Bankruptcy-

Then require you to show up in Bankruptcy Court - All while Terry & John promised to pay back his loan - Then they walked away as well-

**EXHIBIT "C"**

**EXHIBIT "C"**

Lola you have one great family- Read the lawsuit- It might teach you something about how much I worked to help your family and what I got for it-


Cheers, John

**EXHIBIT "C"**