**EXHIBIT "D"**

On Nov 13, 2023, at 8:25 PM, jeff davidson <upstaterockjeff@gmail.com> wrote:

John Carnett texted me this just now-

YOU the debtor will now get to defend yourself with a full on adversary proceeding up through trial -This will result in very substantial legal fees as the time involved will easily be twenty hours or more- I can't wait to meet with my legal team and file our Adversary Claim this week against you- I mean if you think a State Supreme Court Case and a Adversary Claim at the same time is not exciting? Let's Go Have Some Fun... Game On Kids...

**EXHIBIT "D"**