**EXHIBIT "F"**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF WASHINGTON

## AFFIDAVIT OF SERVICE

*30838*

Index no : EC2023-36149
Date Index Number Purchased: **10/31/2023**

| | |
|---|---|
| Plaintiff(s): | **JOHN B. CARNETT** |
| Defendant(s): | **JEFFREY SCOTT DAVIDSON** |

STATE OF NEW YORK
COUNTY OF WASHINGTON       ss.:

**Dan Clothier**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the STATE OF NEW YORK.

On **11/14/2023** at **1:37 PM**, deponent served the within **NOTICE OF ELECTRONIC FILING; SUMMONS & COMPLAINT** on **JEFFREY SCOTT DAVIDSON** at **76 Joe Bean Road, Greenwich, NY 12834** by affixing the aforementioned documents to the door of JEFFREY SCOTT DAVIDSON's said residence, since admittance could not be obtained upon reasonable application or a person of suitable age and discretion found who would receive same.

Deponent made prior efforts to effect personal service upon **JEFFREY SCOTT DAVIDSON** at the aforementioned address to wit: **11/03/2023 at 8:22 AM, 11/10/2023 at 6:16 PM, 11/14/2023 at 1:37 PM**

On **11/15/2023**, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at **76 Joe Bean Road, Greenwich, NY 12834** and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

Sworn to and subscribed before me on 11/15/2023

*Kathy D Butler*
Notary Public,

X _~signature~_
Dan Clothier
Able Process Servers
P. O. Box 747
Glens Falls, NY 12801
518-636-3092

**KATHY D. BUTLER**
Notary Public, State of New York
Registration No. 01BU4990960
Qualified in Saratoga County
Commission Expires Jan. 21, 20__

**EXHIBIT "F"**