So Ordered.

Signed this 12 day of April, 2024.



_____
Robert E. Littlefield, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

JEFFREY S. DAVIDSON,

*Debtor*.

Case No. 23-11130
Chapter 7

**ORDER DEEMING CREDITOR'S MOTION FOR AN EXAMINATION PURSUANT TO FED. R. BANKR. P. 2004 COMPLETE**

On February 14, 2024, John B. Carnett, IV (the "Creditor") filed a Motion for 2004 Examination (the "Motion") requesting documents from the Debtor. (ECF No. 29). On February 21, 2024, the Debtor filed opposition to the Motion. (ECF No. 32). On February 23, 2024, the Creditor submitted a brief in support of the Motion. (ECF No. 33).

On February 26, 2024, the Court held a hearing on the Motion. (ECF No. 34). On February 29, 2024, after due deliberation, the Court issued an Interim Order Directing a 2004 Examination (the "Interim Order"). (ECF Nos. 36). An 11 U.S.C. § 105 hearing on the matter of the requested documentation was held on March 21, 2024. (ECF No. 42).

On April 11, 2024, the Court held a hearing on the Motion at which the Creditor claimed that he had received sufficient information to decide whether to file an adversary proceeding.

Now, after due deliberation and for the reasons stated on the record, it is hereby,

**ORDERED**, the Creditor's Motion is deemed complete.

# # #